**Motion Granted; Vacated and Remanded and Memorandum Opinion filed March 26, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00309-CV

---

### BAYLOR COLLEGE OF MEDICINE, Appellant

### V.

### KENNETH SILVERTHORNE, INDIVIDUALLY, AND AS NEXT FRIEND OF GENNY SILVERTHORNE, Appellee

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2021-39095**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 16, 2023. On March 1, 2024, the parties filed a joint motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement to settle. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

We set aside the trial court's judgment without regard to the merits and vacate and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. 42.1(a)(2)(B).

PER CURIAM

Panel Consists of Chief Justice Christopher, Justices Zimmerer and Wilson.